IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

                                                                       Case No. 13-31371-LMI

**LUIS E. RODRIGUEZ,**                          Chapter 7

        Debtor(s)

_____/

## DEBTOR'S OBJECTION TO U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM STAY

COMES NOW the Debtor, LUIS E. RODRIGUEZ, by and through his undersigned counsel, and files this objection to U.S. BANK NATIONAL ASSOCIATION's *Motion for Relief from Stay* (Document No. 18) (hereinafter the "Motion"), and states:

### I.    PROCEDURAL HISTORY

1. On September 6, 2013, the Debtor filed a voluntary petition for Chapter 7 bankruptcy in this Court.

2. Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362, and Fed.R.Bankr.P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On October 1, 2013, U.S. BANK NATIONAL ASSOCIATION filed its Motion with a fourteen day negative notice, requesting relief from stay as to the Debtor's property located at 385 W 63RD Street, Hialeah, Florida 33012 (hereinafter "the Property").

4. On October 9, 2013, the initial meeting of creditors was held and concluded.

5. This objection to U.S. BANK NATIONAL ASSOCIATION's Motion is timely filed.

## II. GENERAL ALLEGATIONS

**6.** The Debtor denies that the party seeking relief from stay is a creditor of the bankruptcy estate or an authorized representative of any creditor. As of the date of its Motion, the alleged Creditor has not filed a proof of claim pursuant to Fed.R.Bankr.P. 3002 (a).

**7.** This is being brought to the Court's attention because the information regarding the purported ownership and/or assignment of the loan only recently became known by the Debtor.

**8.** The purpose of Debtor's filing Chapter 7 bankruptcy was to acquire the "fresh start," thereby eliminating debts which would/could impede his ability to qualify for a loan modification on the subject property, and thereby keep same.

**9.** The Debtor was, prior to the initiation of the Chapter 7, involved in loss mitigation with the bank, and intends to continue with the loss mitigation in order to keep the subject property.

**10.** U.S. BANK NATIONAL ASSOCIATION, in Paragraph 14 of its Motion, "requests this Court to allow future communications with the Debtor in order to offer and provide information in regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement or other Loan Workout/Loss Mitigation Agreement."

**11.** The Debtor has no objection to this communication and/or the continuation of its Loss Mitigation efforts on the Property. He does, however, strongly feel that granting U.S. BANK NATIONAL ASSOCIATION's request for relief from stay would not only impede this Loss Mitigation, but would terminate same and result in the property being sold at auction without the Debtor's having been given the opportunity to utilize the "fresh start."

## III CONCLUSION

Granting the Creditor permission to pursue Loss Mitigation with the Debtor during the pendency of the Chapter 7 will allow the Debtor the opportunity to keep his property, and will not

prejudice U.S. BANK NATIONAL ASSOCIATION's options at the conclusion of this bankruptcy.

**WHEREFORE,** the Debtor's counsel requests that this court deny U.S. BANK NATIONAL ASSOCIATION's Motion for Relief from Stay, but grant its request to conduct Loss Mitigation with the Debtor, and any further relief as the Court deems proper and necessary.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed via US Postal Service and served via ECF, this 14th day of October, 2013 to Ronald R. Wolfe & Associates, P.L. and Reka Beane, Esq., at P.O. Box 25018, Tampa, Florida 33622 and to all other parties through the ECF system.

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)

I **HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**THE HOUSTON LAW FIRM, P.L.**
Counsel for the Debtor
2100 Coral Way, Suite 404
Miami, Florida 333145
Telephone: 305-381-5116
Facsimile: 786-441-4416

*/s/ Kathy L. Houston*_____
**Kathy L. Houston, Esq.**
Florida Bar No: 518131